IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01197-PAB-SKC

MICHAEL SPOSATO, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

CRANDALL DRILLING & PUMP SERVICE, LLC, and
HOWARD CRANDALL,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice [Docket No. 19].  The stipulation states that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of the action with prejudice.  *Id.* at 1-2.  Plaintiff brought claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, the Colorado Wage Act ("CWA"), C.R.S. § 8-4-101*, et seq.*, and the Colorado Minimum Wage Order No. 34 ("CMWO"), 7 C.C.R. § 1103-1. Docket No. 1 at 1-2.

    The settlement agreement does not purport to resolve any claims on behalf of any class, there is only one plaintiff who engaged in an arms-length negotiation with counsel, and there are no obvious defects from the stipulation of dismissal.  *See* Docket No. 19 at 1-2.  The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added).  Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice."  Fed. R. Civ. P. 41(a)(1)(B) (emphasis added).  Here, however, the parties have agreed to the dismissal of this action with prejudice. Therefore, the case was dismissed with prejudice as of the entry of the parties' joint stipulation for dismissal with prejudice.  No order of dismissal is necessary.

    DATED February 16, 2021.